**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| OAKLEY, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 22-cv-01570 |
| ) | |
| THE PARTNERSHIPS and UNICORPORATED ) | |
| ASSOCIATIONS IDENTIFIED ON SCHEDULE ) | |
| "A," ) | |
| ) | |
| Defendants. ) | |

**OPPOSED MOTION FOR LEAVE TO FILE**

Movant, PROFESSOR LORIANNE UPDIKE TOLER, by her counsel, Lawrence A. Stein of LAWRENCE A STEIN LLC, moves, pursuant to the inherent authority of the court, for leave to file a brief *amicus curiae* in support of none of the parties. In support of her motion, movant states as follows:

1. Movant's counsel has conferred with the plaintiff's counsel regarding this motion and plaintiff's counsel objects to this motion being granted.

2. Movant is an assistant professor of law at the law school at Northern Illinois University, with scholarly specializations in constitutional law and history.

3. Movant has reviewed all the papers file in this case and has determined:

    a. There are constitutional and statutory issues in this case as follows:

        1. Whether due process under the Fifth Amendment allows for electronic service and summons.

        2. Whether the Patent Clause under which the Patent Law was passed allows for extraterritorial effect.

1

    b. The defendants have not had a realistic opportunity to raise any issues in this case for the following reasons

        1. They have no physical presence in the United States.

        2. They have had no effective notice of these proceedings.

WHEREFORE, movant, PROFFESOR LORIANNE UPDIKE TOLER, requests an order giving her leave to file a brief as *amicus curiae* by December 10, 2022 no longer than 25 pages in support of none of the parties, raising appropriate issues to assist the court in adjudicating the issues in this case, and for all other relief deemed appropriate under the circumstances.

    Respectfully submitted,

    LAWRENCE A. STEIN LLC

    /s/    Lawrence A. Stein

    Lawrence A. Stein

Lawrence A. Stein
**LAWRENCE A. STEIN LLC**
1755 South Naperville Road #100
Wheaton, Illinois 60189
(312) 929-5741
larry@larrysteintrials.com

    *COUNSEL FOR THE MOVANT*

## CERTIFICATE OF SERVICE

I, Lawrence A. Stein, state under penalty of perjury on this twenty-ninth day of September 2022, as follows:

1. I served this *Opposed Motion For Leave to File* by transmitting accurate copies of it by email to:

    a. aziegler@gbc.law

    b. jgaudio@gbc.law

    c. jchristensen@gbc.law

    d. tjjuettner@gbc.law.

2. I transmitted the emails on September 29, 2022 before 4:30 pm.

/s/ Lawrence A. Stein
_____
Lawrence A. Stein

Lawrence A. Stein
**LAWRENCE A. STEIN LLC**
1755 South Naperville Road #100
Wheaton, Illinois 60189
(312) 929-5741
larry@larrysteintrials.com

*COUNSEL FOR THE MOVANT*